Paige Stevenson
302 Bedford Ave #66
Brooklyn, NY 11249-4205

UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
OFFICE OF THE CLERK, MARK LANGER
333 CONSTITUTION AVENUE
WASHINGTON, DC 20001-2866
PHONE: 202-216-7000
FAX: 202-219-8530

2/24/17

PETITION TO THE U.S. COURT OF APPEALS FOR THE DC CIRCUIT:
PETITION TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT:
Pursuant to 28 U.S.C. § 1651 and 28 U.S.C. §593, We the People, respectfully request that Attorney General Jeffrey Sessions be required to make application with this Court to appoint independent counsel to investigate allegations that Donald Trump and members of his presidential campaign and administration violated criminal laws, by colluding with Russia in its efforts to influence the outcome of the 2016 Election, which was done for their own personal enrichment. Attorney General Jeff Sessions is too politically conflicted to be trusted with the discretion to determine whether an application for independent counsel is warranted. In light of the Intelligence Report released on January 6, 2017 and the corroboration of the contents of the Steele Dossier that was prepared by former British intelligence officer Michael Steele, there is ample evidence to warrant investigation by a court-appointed independent counsel.

Under 28 U.S.C. §528, Congress has mandated that the U.S. Department of Justice adopt regulations that require that all officers and employees be disqualified from participating in ANY criminal investigation that presents a personal, financial or political conflict of interest between the officer or employee conducting the investigation and the subjects of the investigation. The U.S. Department has implemented such a regulation and, as the head of the U.S. Department of Justice, Attorney General Sessions is subject to its requirements. The conflicts of interest statute enacted by Congress, together with the implementing regulation adopted by the U.S. Department of Justice, is intended to promote and safeguard the integrity of an investigatory process that is designed to assure the decency, legitimacy and loyalty of our elected leaders and the ethical and unbiased conduct of our governmental agencies. These are fundamental and integral characteristics of a healthy democracy. Without them, democracy fails. Every public officer who is appointed or elected to a position of trust owes the citizens of this country the duty of transparency and ethical conduct that inhere in the above-described statute and regulation. This is especially so when that public officer is charged with upholding our nation's laws and protecting and preserving our nation's democracy. Recognition of this duty is what confers standing upon We the People to make this request for a writ of mandamus directing that Attorney General Jeffrey Sessions make application with this Court for the appointment of independent counsel. Pursuant to 18 U.S.C. § 1346, every citizen has "an intangible right to honest services" from their politicians, be they elected or appointed.

Thank you,
Paige Stevenson
PAIGE STEVENSON